UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R&D FILM 1, LLC,

    Plaintiff,

v.

DOES 1 - 16,

    Defendants.

Case No. C13-0057RSL

ORDER QUASHING SUBPOENA

On April 15, 2013, the Court received a letter from the Commanding Officer of Electronic Attack Squadron One Four Two requesting a stay of the above-captioned matter with regards to one of the Doe defendants, Airman Apprentice Miguel Alonso Solanoandrade. Dkt. # 5. Plaintiff subsequently dismissed its claims against Airman Apprentice Solanoandrade. Dkt. # 9. Any subpoena issued to Airman Apprentice Solanoandrade's internet service provider under this cause number is hereby QUASHED.

Dated this 2nd day of May, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER QUASHING SUBPOENA